PROB 35
(Rev. 05/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.                                                                                    Crim. No. 05-00246-001

Carlos Faz

On October 12, 2006, the above named was placed on supervised release for a period of <u>five</u> years. The releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the releasee be discharged from supervision.

Respectfully submitted,

_____
Alfredo Rodriguez
U. S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 5th day of October, 2009

_____
United States District Judge